# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **MICHAEL J GARRETT,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **4:12CV3243** |
| | ) | |
| **V.** | ) | |
| | ) | |
| **MICHAEL J. ASTRUE,** | ) | **ORDER** |
| **Commissioner of Social Security,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

Plaintiff has submitted a motion to proceed in forma pauperis (filing 2).  After reviewing the request, I shall waive payment of any fees and grant Plaintiff leave to proceed in forma pauperis.

**IT IS ORDERED:**

Plaintiff's motion to proceed in forma pauperis (filing 2) is granted. The Clerk of Court shall file the original complaint and the accompanying pleadings without the prepayment of costs or fees.

**DATED December 11, 2012.**

**BY THE COURT:**

**S/ F.A. Gossett**
**United States Magistrate Judge**