# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **MICHAEL J. GARRETT,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **4:12CV3243** |
| | ) | |
| **V.** | ) | |
| | ) | |
| **CAROLYN W. COLVIN, Acting** | ) | **ORDER** |
| **Commissioner of the Social Security** | ) | |
| **Administration,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

This matter is before the Court on Defendant's Motion for Extension of Time to Respond to Plaintiff's Brief (filing 18). Upon consideration, the Motion will be granted.

Accordingly,

**IT IS ORDERED:**

1. Defendant's Motion for Extension of Time to Respond to Plaintiff's Brief (filing 18) is granted.

2. Defendant shall file her brief by or before June 5, 2013.

3. Plaintiff shall submit his reply brief by or before June 19, 2013.

4. This matter will be ripe for disposition on June 20, 2013.

**DATED May 3, 2013.**

                                                    **BY THE COURT:**

                                                  **S/ F.A. Gossett**
                                                  **United States Magistrate Judge**